IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALONE WILLIAMS,<br><br>    Plaintiff,<br><br> vs.<br><br>U.S. BANK NATIONAL ASSOCIATION;<br>MONARCH RECOVERY MANAGEMENT<br>INC.<br><br>    Defendants | No. 2:26-cv-1766 JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE MATTERS 2:26-CV-01768-BAT AND 2:26-CV-1766-JHC** |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Consolidate Matters 2:26-cv-01768-BAT and 2:26-cv-1766-JHC.  Dkt. # 6.

The Court, having considered the Stipulated Motion and all papers filed in support and in opposition, and the Court being otherwise fully apprised; it is hereby ordered:

1.  The Parties' Stipulated Motion to Consolidate Matters 2:26-cv-01768-BAT and 2:26-cv-1766-JHC is GRANTED.

2.  The Clerk is DIRECTED to close the member case 2:26-cv-1768-BAT.

3.  The case shall proceed under Cause Number 2:26-cv-1766-JHC.  All future filings must be done in the case bearing that number.

//

ORDER GRANTING STIPULATED MOTION
TO CONSOLIDATE     -1-
2:26-cv-1766 JHC

DATED this 1st day of June, 2026.


_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONSOLIDATE                    -1-
2:26-cv-1766 JHC